IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MANUEL LEWIS,

    Plaintiff,

v.                              Civil Action No. 3:09CV505

GENE M. JOHNSON, et al.,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on September 23, 2009, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that he is transferred or relocated. On May 4, 2010, the April 27, 2010 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                            /s/      REP

                                    Robert E. Payne
                                    Senior United States District Judge

Date: June 17, 2010
Richmond, Virginia